# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jose A. Bentez  
      Jennifer J. Jimenez Benitez  
                    Debtor(s)

BK NO. 22-01423 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

      Respectfully submitted,

/s/ Brian C. Nicholas, Esq.  
Brian Nicholas  
10 Aug 2022, 14:57:25, EDT

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA  19106  
215-627-1322