United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-01423-HWV
Jose A. Bentez  Chapter 13
Jennifer J. Jimenez Bentez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Sep 12, 2022      Form ID: ntcnfhrg      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jose A. Bentez, Jennifer J. Jimenez Bentez, 975 Nancy Lane, Lebanon, PA 17042-6922 |
| 5487897 | + | Allied Collection Services, Attn: Bankruptcy, 9301 Oakdale Avenue Suite 205, Chatsworth, CA 91311-6547 |
| 5487898 | + | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5487901 | + | CB Rentals, LLC/Salem Rentals, PO Box 330895, Murfreesboro, TN 37133-0895 |
| 5487905 | | Department of Defense, Exchange Service - Collections Dept, PO Box 650038, Dallas, TX 75265-0038 |
| 5487906 | | Exchange Service - Collections, Attn CP - Operations, PO Box 650038, Dallas, TX 75265-0038 |
| 5487916 | + | Homebridge Financial I, 222 Chastain Meadows Court, Kennesaw, GA 30144-5820 |
| 5487920 | + | Lebanon Fcu, 300 Schneider Dr, Lebanon, PA 17046-4811 |
| 5494007 | + | Michael Metz-Topodas, c/o Rebuilderz Group, Saul Ewing Arnstein & Lehr LLP, 1500 Market Street, 38th Floor West, Philadelphia, PA 19102-2100 |
| 5487923 | + | Michael Metz-Topodas, 30 South 17th Street, 19th Floor, Philadelphia, PA 19103-4010 |
| 5487926 | + | Rebuilderz Group, 520 East Spruce Street, New Holland, PA 17557-9370 |
| 5487931 | | Transworld System Inc, 507 Prudential Rd, Hatfield, PA 19440 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5487899 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2022 18:43:38 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5487903 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 12 2022 18:45:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5487904 | + | Email/Text: convergent@ebn.phinsolutions.com | Sep 12 2022 18:45:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 5490264 | | Email/Text: G06041@att.com | Sep 12 2022 18:45:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5487907 | | Email/Text: bknotices@fbcs-inc.com | Sep 12 2022 18:45:00 | FBCS, Inc., 330 S. Warminster Road, Hatboro, PA 19040 |
| 5487909 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 12 2022 18:45:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5487912 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 12 2022 18:45:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5487914 | | Email/Text: bankruptcy@glsllc.com | Sep 12 2022 18:45:00 | Global Lending Services LLC, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 5487913 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 12 2022 18:45:00 | Genesis FS Card/Kay Jewelers, Attn: Bankruptcy, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 5487915 | ^ | MEBN | Sep 12 2022 18:40:22 | Healthcare Revenue Recovery Group, Po Box 5406, Cincinnati, OH 45273-0001 |
| 5487917 | + | Email/Text: Bankruptcy@homebridge.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 12 2022 18:45:00 | HomeBridge Financial Services, Attn: Bankruptcy, 194 Wood Avenue South, Ninth Floor, Iselin, NJ 08830-2710 |
| 5487918 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 12 2022 18:45:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5489079 | | Email/Text: ktramble@lendmarkfinancial.com | Sep 12 2022 18:45:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014-3001 |
| 5488565 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2022 18:53:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5488747 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2022 18:53:58 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5487921 | ^ | MEBN | Sep 12 2022 18:39:56 | Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawenceville, GA 30043-8228 |
| 5491094 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 12 2022 18:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5487924 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 12 2022 18:45:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 5487925 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 12 2022 18:43:45 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 5487927 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2022 18:53:58 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5491217 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 12 2022 18:45:00 | SANTANDER CONSUMER USA, P. O. Box 560284, Dallas, TX 75356-0284 |
| 5487930 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 12 2022 18:45:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5487932 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 12 2022 18:45:00 | Transworld Systems, Inc., PO box 15110, Wilmington, DE 19850-5110 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5487902 | | Central Loan Admin & R |
| 5487908 | | Fetti Fingerhut/webban |
| 5487910 | | First Premier Bank |
| 5487911 | | First Premier Bank |
| 5487900 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5487919 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5487922 | *+ | Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawenceville, GA 30043-8228 |
| 5487928 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5487929 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

TOTAL: 4 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2022        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Chad James Julius | on behalf of Debtor 2 Jennifer J. Jimenez Bentez cjulius@ljacobsonlaw.com brhoades@ljacobsonlaw.com;derashade527@outlook.com |
| Chad James Julius | on behalf of Debtor 1 Jose A. Bentez cjulius@ljacobsonlaw.com brhoades@ljacobsonlaw.com;derashade527@outlook.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Michael Metz-Topodas | on behalf of Creditor Rebuilderz Group michael.metz-topodas@saul.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jose A. Bentez,

    **Debtor 1**

Jennifer J. Jimenez Bentez,

    **Debtor 2**

Chapter 13

Case No. 1:22−bk−01423−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**October 5, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 12, 2022<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 12, 2022 |

ntcnfhrg (08/21)