IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jose A. Bentez<br>Jennifer J. Jimenez Bentez<br>　　　　　　Debtors | CASE NO: 1:22-bk-01423-HWV<br><br>CHAPTER 13 |
| Salem Building Rentals, LLC<br>　　　　　　Movant | Hearing Date: N/A |
| Jose A. Bentez<br>Jennifer J. Jimenez Bentez<br>　　　　　　Respondents | |

## **PRAECIPE FOR ENTRY OF APPEARANCE**

To the Clerk:

    Kindly enter my appearance on behalf of Movant, Salem Building Rentals, LLC and index same on the master mailing list.

Date: November 29, 2022   /s/ *Michael J. Cassidy*
　　　　　　　　　　　　　Michael J. Cassidy, Esquire
　　　　　　　　　　　　　Supreme Court I.D. 82164
　　　　　　　　　　　　　301 Market Street
　　　　　　　　　　　　　PO Box 109
　　　　　　　　　　　　　Lemoyne, PA 17043
　　　　　　　　　　　　　(717) 761-4540
　　　　　　　　　　　　　mcassidy@johnsonduffie.com

:1466004_1.docx