IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYNVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JOSE A. BENTEZ | : | 1:22-bk-01423-HWV |
| JENNIFER J. JIMENEZ BENTEZ | : | |
| Debtors | : | |

## CERTIFICATE OF SERVICE

I, Chad J. Julius, with the firm of Upright Law, LLC hereby certify that on February 28, 2023, a true and correct copy of the ORDER CONFIRMING AMENDED CHAPTER 13 PLAN, pursuant to L.B.R 2002-1(e), was served by electronic means and/or first-class mail, postage prepaid on the following:

SEE ATTACHED MATRIX

Respectfully Submitted,

UPRIGHT LAW, LLC

By: /s/ Chad J. Julius
Chad J. Julius

Date: February 28, 2023

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:22-bk-01423-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Tue Feb 28 11:58:51 EST 2023 | Salem Building Rentals, LLC<br>PO Box 332521<br>Murfreesboro, TN 37133-2521 | U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101-1737 |
| AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921-2693 | Allied Collection Services<br>Attn: Bankruptcy<br>9301 Oakdale Avenue Suite 205<br>Chatsworth, CA 91311-6547 | Bureau of Account Managment<br>3607 Rosemont Ave Ste 502<br>Po Box 8875<br>Camp Hill, PA 17001-8875 |
| CB Rentals, LLC/Salem Rentals<br>PO Box 330895<br>Murfreesboro, TN 37133-0895 | Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Comenity Bank/Victoria Secret<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Convergent Outsourcing, Inc.<br>Attn: Bankruptcy<br>800 SW 39th St, Ste 100<br>Renton, WA 98057-4927 | Department of Defense<br>Exchange Service - Collections Dept<br>PO Box 650038<br>Dallas, TX 75265-0038 |
| Directv, LLC<br>by American InfoSource as agent<br>PO Box 5072<br>Carol Stream, IL 60197-5072 | Exchange Service - Collection<br>Attn: CP - Operations<br>P.O. Box 650038<br>Dallas, TX 75265-0038 | Exchange Service - Collections<br>Attn CP - Operations<br>PO Box 650038<br>Dallas, TX 75265-0038 |
| (p)FBCS INC BKNOTICES<br>ATTN COMPLIANCE DEPT<br>330 S WARMINSTER RD<br>SUITE 353<br>HATBORO PA 19040-3433 | Fingerhut<br>Attn: Bankruptcy<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Fortiva<br>Attn: Bankruptcy<br>Po Box 105555<br>Atlanta, GA 30348-5555 |
| Genesis FS Card/Kay Jewelers<br>Attn: Bankruptcy<br>P.O. Box 4477<br>Beaverton, OR 97076-4401 | (p)GLOBAL LENDING SERVICES LLC<br>1200 BROOKFIELD BLVD STE 300<br>GREENVILLE SC 29607-6583 | Healthcare Revenue Recovery Group<br>Po Box 5406<br>Cincinnati, OH 45273-0001 |
| HomeBridge Financial Services<br>Attn: Bankruptcy<br>194 Wood Avenue South, Ninth Floor<br>Iselin, NJ 08830-2761 | Homebridge Financial I<br>222 Chastain Meadows Court<br>Kennesaw, GA 30144-5820 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC c/o Resurgent Capital Serv<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lebanon Fcu<br>300 Schneider Dr<br>Lebanon, PA 17046-4811 |
| Lendmark Financial Services<br>1735 North Brown Road<br>Suite 300<br>Lawenceville, GA 30043-8228 | (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 | Michael Metz-Topodas<br>30 South 17th Street, 19th Floor<br>Philadelphia, PA 19103-4010 |

| | | |
|---|---|---|
| Michael Metz-Topodas<br>Saul Ewing Arnstein, Lehr, LLP<br>1500 Market Street<br>38th Floor West Tower<br>Philadelphia, PA 19102-2100 | Michael Metz-Topodas<br>c/o Rebuilderz Group<br>Saul Ewing Arnstein & Lehr LLP<br>1500 Market Street, 38th Floor West<br>Philadelphia, PA 19102-2100 | MidFirst Bank<br>999 NorthWest Grand Boulevard<br>Oklahoma City, OK 73118-6051 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Midland Fund<br>Attn: Bankruptcy<br>350 Camino De La Reine, Suite 100<br>San Diego, CA 92108-3007 | Midland Mortgage Co<br>Attn: Customer Service/Bankruptcy<br>Po Box 26648<br>Oklahoma City, OK 73126-0648 |
| (p)NJ EZPASS<br>ATTN NJ EZPASS/ MARISOL ALVARADO<br>375 MCCARTER HIGHWAY<br>SUITE 200<br>NEWARK NJ 07114-2562 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Rebuilderz Group<br>520 East Spruce Street<br>New Holland, PA 17557-9370 |
| Rebuilderz Group<br>Michael Metz-Topodas<br>Saul Ewing Arnstein & Lehr LLP<br>1500 Market Street, 38th Fl. West Tower<br>Philadelphia, PA 19102-2100 | Resurgent Capital Services<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | SANTANDER CONSUMER USA<br>P. O. Box 560284<br>Dallas, TX 75356-0284 |
| Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 | Transworld System Inc<br>507 Prudential Rd<br>Hatfield, PA 19440 | Transworld Systems, Inc.<br>PO box 15110<br>Wilmington, DE 19850-5110 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Chad James Julius<br>Upright Law, LLC<br>8150 Derry Street<br>Ste. A<br>Harrisburg, PA 17111-5212 |
| (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Jennifer J. Jimenez Bentez<br>975 Nancy Lane<br>Lebanon, PA 17042-6922 | Jose A. Bentez<br>975 Nancy Lane<br>Lebanon, PA 17042-6922 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| FBCS, Inc.<br>330 S. Warminster Road<br>Hatboro, PA 19040 | Global Lending Services LLC<br>Attn: Bankruptcy<br>Po Box 10437<br>Greenville, SC 29603 | Lendmark Financial Services, LLC<br>2118 Usher Street<br>Covington, GA 30014-3001 |
| New Jersey Turnpike Authority<br>1 Turnpike Plaza, P.O. Box 5042<br>Woodbridge, NJ 07095-0709 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)MIDFIRST BANK  (u)Rebuilderz Group  (u)Central Loan Admin & R

(u)Fetti Fingerhut/webban  (u)First Premier Bank  End of Label Matrix
  Mailable recipients 50
  Bypassed recipients 5
  Total 55

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jose A. Bentez,

**Debtor 1**

Jennifer J. Jimenez Bentez,

**Debtor 2**

Chapter 13

Case No. 1:22-bk-01423-HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on December 12, 2022. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: February 22, 2023

orcnfpln(05/18)