IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JOSE A. BENTEZ | : | CHAPTER 13 |
|     JENNIFER J. JIMENEZ BENTEZ | : | |
|     Debtors, | : | |
| | : | |
| v. | : | |
| | : | Bankruptcy No. 1:22-bk-01423-HWV |
| SALEM BUILDING RENTALS LLC | : | |
|     Movant, | : | |
| | : | |
| JOSE A. BENTEZ, | : | |
| JENNIFER J. JIMENEZ BENTEZ | : | |
|     and | : | |
| JACK N. ZAHAROPOULOS, Esquire | : | |
|     Respondents | : | |

**DEBTORS' ANSWER TO MOVANT'S MOTION FOR RELIEF FROM
THE AUTOMATIC STAY**

**AND NOW COMES**, Debtors, Jose A. Bentez and Jennifer J. Jimenez Bentez, by and through their attorneys, Jacobson, Julius & Harshberger, and hereby files this Answer to Movant's Motion for Relief from the Automatic Stay and in support thereof states as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. It is admitted Debtors may be behind on payments to Movant. It is denied as to the amount in arrears. Debtors are willing to get current with Movant via an amended plan by adding the arrears post-petition to the plan. In the alternative, Debtors are willing to complete a stipulation with the Movant to cure the arrears within six months.

8. Admitted.

1

9. Paragraph 9 is a conclusion of law to which no response is required. To the extent a response is required, said averment is denied.

10. Paragraph 10 is a conclusion of law to which no response is required. To the extent a response is required, said averment is denied.

**WHEREFORE**, Debtors respectfully request that this Honorable Court deny Movant's Motion for Relief from the Automatic Stay and further request any other relief deemed necessary and just.

Respectfully Submitted,

JACOBSON, JULIUS, & HARSHBERGER

Dated: October 16, 2023

/s/Chad J. Julius
ID# 209496
8150 Derry Street
Harrisburg, PA 17111.5260
717.909.5858

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOSE A. BENTEZ<br>JENNIFER J. JIMENEZ BENTEZ<br>Debtors, | : CHAPTER 13<br>:<br>:<br>: |
| v. | :<br>: Bankruptcy No. 1:22-bk-01423-HWV |
| SALEM BUILDING RENTALS LLC<br>Movant, | :<br>:<br>: |
| JOSE A. BENTEZ,<br>JENNIFER J. JIMENEZ BENTEZ<br>and<br>JACK N. ZAHAROPOULOS, Esquire<br>Respondents | :<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Dera Shade, of Jacobson, Julius & Harshberger, do hereby certify that on this day I served the within **Debtors' Answer to Movant's Motion for Relief from The Automatic Stay** upon the following persons via the ECF/CM system and/or by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid:

ECF/CM:

| | |
|---|---|
| Jack N. Zaharopoulos, Esquire (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Steven M. Carr, Esquire<br>Ream, Carr, Markey, Woloshin & Hunter LLP<br>119 East Market Street<br>York, PA 17401 |
| United States Bankruptcy Court<br>The Sylvia H. Rambo US Courthouse<br>1501 North 6th Street<br>Bankruptcy Courtroom 8, 4th Floor<br>Harrisburg, PA 17102 | |

                          /s/ Dera Shade
                          Dera Shade, Paralegal
                          8150 Derry Street
                          Harrisburg, PA 17111
Dated: October 16, 2023         Email: dshade@ljacobsonlaw.com