# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSE A. BENTEZ
      JENNIFER J. JIMENEZ BENTEZ        CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-22-01423-HWV

JOSE A. BENTEZ
JENNIFER J. JIMENEZ BENTEZ

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on July 25, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- voluntarily dismiss their case within 5 days of the stipulation date.
- make the regular monthly payments to the trustee during the remaining term of the plan

As of July 25, 2024, the Debtor(s) is/are $15980.00 in arrears a plan payment having last been made on January 23, 2024.

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Dated:    July 25, 2024                          Respectfully submitted,

                                                 /s/   Douglas R. Roeder, Esquire
                                                 ID: 80016
                                                Attorney for Trustee
                                                Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee
                                                Suite A, 8125 Adams Drive
                                                Hummelstown, PA 17036
                                                Phone: (717)566-6097
                                                email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSE A. BENTEZ
JENNIFER J. JIMENEZ BENTEZ

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-22-01423-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 25, 2024, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically
CHAD J. JULIUS
UPRIGHT LAW, LLC
8150 DERRY ST, STE A
HARRISBURG PA 17111-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class Mail
JOSE A. BENTEZ
JENNIFER J. JIMENEZ BENTEZ
975 NANCY LANE
LEBANON PA 17042

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 25, 2024

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com