United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jose A. Bentez  
Jennifer J. Jimenez Bentez  
    Debtors

Case No. 22-01423-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Jul 26, 2024      Form ID: pdf010      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jose A. Bentez, Jennifer J. Jimenez Bentez, 975 Nancy Lane, Lebanon, PA 17042-6922 |
| cr | + | Salem Building Rentals, LLC, PO Box 332521, Murfreesboro, TN 37133, UNITED STATES 37133-2521 |
| 5487901 | + | CB Rentals, LLC/Salem Rentals, PO Box 330895, Murfreesboro, TN 37133-0895 |
| 5487905 | | Department of Defense, Exchange Service - Collections Dept, PO Box 650038, Dallas, TX 75265-0038 |
| 5508969 | | Exchange Service - Collection, Attn: CP - Operations, P.O. Box 650038, Dallas, TX 75265-0038 |
| 5487906 | | Exchange Service - Collections, Attn CP - Operations, PO Box 650038, Dallas, TX 75265-0038 |
| 5487916 | + | Homebridge Financial I, 222 Chastain Meadows Court, Kennesaw, GA 30144-5820 |
| 5487920 | + | Lebanon Fcu, 300 Schneider Dr, Lebanon, PA 17046-4811 |
| 5495319 | + | Michael Metz-Topadas, Saul Ewing Arnstein, Lehr, LLP, 1500 Market Street, 38th Floor West Tower, Philadelphia, PA 19102-2100 |
| 5487923 | + | Michael Metz-Topadas, 30 South 17th Street, 19th Floor, Philadelphia, PA 19103-4010 |
| 5494007 | + | Michael Metz-Topadas, c/o Rebuilderz Group, Saul Ewing Arnstein & Lehr LLP, 1500 Market Street, 38th Floor West, Philadelphia, PA 19102-2100 |
| 5495320 | + | Rebuilderz Group, Michael Metz-Topadas, Saul Ewing Arnstein & Lehr LLP, 1500 Market Street, 38th Fl. West Tower, Philadelphia, PA 19102-2100 |
| 5487926 | + | Rebuilderz Group, 520 East Spruce Street, New Holland, PA 17557-9370 |
| 5487931 | | Transworld System Inc, 507 Prudential Rd, Hatfield, PA 19440 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5497769 | + | Email/Text: g17768@att.com | Jul 26 2024 18:40:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5487897 | ^ | MEBN | Jul 26 2024 18:36:29 | Allied Collection Services, Attn: Bankruptcy, 9301 Oakdale Avenue Suite 205, Chatsworth, CA 91311-6547 |
| 5487898 | + | Email/Text: Bankruptcy@BAMcollections.com | Jul 26 2024 18:40:00 | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5487899 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 26 2024 18:50:38 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5495412 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 26 2024 18:50:44 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5487903 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2024 18:40:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5487904 | + | Email/Text: convergent@ebn.phinsolutions.com | Jul 26 2024 18:40:59 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 5490264 | | Email/Text: G06041@att.com | | |

| Notice # | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 26 2024 18:40:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5487907 | | Email/Text: bknotices@fbcs-inc.com | Jul 26 2024 18:40:00 | FBCS, Inc., 330 S. Warminster Road, Hatboro, PA 19040 |
| 5487909 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 26 2024 18:40:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5487912 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 26 2024 18:40:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5487914 | | Email/Text: bankruptcy@glsllc.com | Jul 26 2024 18:40:00 | Global Lending Services LLC, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 5487913 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 26 2024 18:40:00 | Genesis FS Card/Kay Jewelers, Attn: Bankruptcy, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 5487915 | ^ | MEBN | Jul 26 2024 18:36:15 | Healthcare Revenue Recovery Group, Po Box 5406, Cincinnati, OH 45273-0001 |
| 5487917 | + | Email/Text: compliance@homebridge.com | Jul 26 2024 18:40:00 | HomeBridge Financial Services, Attn: Bankruptcy, 194 Wood Avenue South, Ninth Floor, Iselin, NJ 08830-2761 |
| 5487918 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 26 2024 18:40:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5487921 | | Email/Text: bk@lendmarkfinancial.com | Jul 26 2024 18:40:00 | Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawenceville, GA 30043 |
| 5489079 | | Email/Text: bk@lendmarkfinancial.com | Jul 26 2024 18:40:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014-3001 |
| 5488565 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2024 18:50:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5488747 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2024 18:50:59 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5499458 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 26 2024 18:50:57 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5491094 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 26 2024 18:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5487924 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 26 2024 18:40:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 5487925 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 26 2024 18:50:59 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 5500556 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 26 2024 18:40:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-0709 |
| 5496839 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 26 2024 18:40:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5487927 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2024 18:50:41 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5491217 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 26 2024 18:40:00 | SANTANDER CONSUMER USA, P. O. Box 560284, Dallas, TX 75356-0284 |
| 5487930 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 26 2024 18:40:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5487932 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 26 2024 18:40:00 | Transworld Systems, Inc., PO box 15110, Wilmington, DE 19850-5110 |
| 5498813 | | Email/PDF: ebn_ais@aisinfo.com | Jul 26 2024 18:50:57 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5487902 | | Central Loan Admin & R |
| 5487908 | | Fetti Fingerhut/webban |
| 5487910 | | First Premier Bank |
| 5487911 | | First Premier Bank |
| 5487900 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5487919 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5487922 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawenceville, GA 30043 |
| 5487928 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5487929 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

TOTAL: 4 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jul 28, 2024 | Signature: | /s/Gustava Winters |
| --- | --- | --- |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Chad J. Julius | on behalf of Debtor 2 Jennifer J. Jimenez Bentez cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad J. Julius | on behalf of Debtor 1 Jose A. Bentez cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Chad James Julius | on behalf of Debtor 2 Jennifer J. Jimenez Bentez cjulius@ljacobsonlaw.com brhoades@ljacobsonlaw.com;derashade527@outlook.com |
| Chad James Julius | on behalf of Debtor 1 Jose A. Bentez cjulius@ljacobsonlaw.com brhoades@ljacobsonlaw.com;derashade527@outlook.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Metz-Topodas | on behalf of Creditor Rebuilderz Group michael.metz-topodas@saul.com alex.field@saul.com |
| Michael J Cassidy | on behalf of Creditor Salem Building Rentals LLC mcassidy@johnsonduffie.com, jward@johnsonduffie.com |
| Steven M. Carr | on behalf of Creditor Salem Building Rentals LLC stevecarr8@comcast.net, jessmacek1@gmail.com;debclick@comcast.net;carr.steveb107929@notify.bestcase.com |

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| Jose A. Bentez | | Chapter: | 13 |
| | Debtor 1 | Case No.: | 1:22-bk-01423-HWV |
| Jennifer J. Jimenez Bentez | | | |
| | Debtor 2 | | |
| Jack N Zaharopoulos, Trustee | | | |
| vs. | Movant(s) | | |
| Jose A. Bentez and Jennifer J. Jimenez Bentez | | | |
| | Respondent(s) | | |

## ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 66, and the Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 57, and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 26, 2024