IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOSE A. BENTEZ : 1-22-BK-01423
JENNIFER J. JIMENEZ BENTEZ :
    Debtors : Chapter 13
     :
JACK N. ZAHAROPOULOS, Trustee :

**MOTION FOR RECONSIDERATION AND REQUEST FOR A NEW PAYMENT PLAN**

**TO THE HONORABLE COURT:**

Hereby the debtors PROSE with the fullest of the respects to this Honorable Court, EXPONE, ALLEGE AND REQUEST.

1. I am the debtor Jose A. Bentez and I want to inform this court that I am being diagnosed with early dementia and Alzheimer's and I have been placed under medical treatment with medication for my memory within the past year and half.
2. The present case has been dismissed by this court for failure of various payments.
3. The accounts of the debtors have been closed by various banks due to fraud activities within the banking system.
4. The disability payment for the debtor Jose A Bentez was delayed for various months due to also a breach in the website of ebenefits for the veterans administration deviating the payment to an unknown bank account.
5. The debtors also had family members passed away due to COVID in the Dominican Republic and Puerto Rico.

**THEREFORE,** for the above reasons the debtors request this Honorable Court to reconsider the dismissal of the case and to reinstate the case and place the debtor with a **new payment plan** and to allow the debtors to continue with the new payments until the plan is paid in full.

We the debtors certify to have sent via regular mail a copy of the present Motion to the Trustee and the creditors in file on this date September 11, 2024.

Jose A. Bentez - Debtor

Jennifer J. Jimenez Bentez