United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01423-HWV |
| Jose A. Bentez | Chapter 13 |
| Jennifer J. Jimenez Bentez | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Oct 21, 2024      Form ID: nthrgreq      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2024:**

**Recip ID**      **Recipient Name and Address**
db/jdb      +   Jose A. Bentez, Jennifer J. Jimenez Bentez, 975 Nancy Lane, Lebanon, PA 17042-6922

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2024 at the address(es) listed below:

**Name**      **Email Address**

Chad J. Julius
     on behalf of Debtor 2 Jennifer J. Jimenez Bentez cjulius@ljacobsonlaw.com
     egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com

Chad J. Julius
     on behalf of Debtor 1 Jose A. Bentez cjulius@ljacobsonlaw.com
     egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com

Chad James Julius
     on behalf of Debtor 2 Jennifer J. Jimenez Bentez cjulius@ljacobsonlaw.com
     brhoades@ljacobsonlaw.com;derashade527@outlook.com

Chad James Julius
     on behalf of Debtor 1 Jose A. Bentez cjulius@ljacobsonlaw.com   brhoades@ljacobsonlaw.com;derashade527@outlook.com

Denise E. Carlon

    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Jack N Zaharopoulos

    TWecf@pamd13trustee.com

Michael Metz-Topodas

    on behalf of Creditor Rebuilderz Group michael.metz-topodas@saul.com alex.field@saul.com

Michael J Cassidy

    on behalf of Creditor Salem Building Rentals LLC mcassidy@johnsonduffie.com, jward@johnsonduffie.com

Steven M. Carr

    on behalf of Creditor Salem Building Rentals LLC stevecarr8@comcast.net,
    jessmacek1@gmail.com;debclick@comcast.net;carr.steveb107929@notify.bestcase.com

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jose A. Bentez

**Debtor 1**

Jennifer J. Jimenez Bentez

**Debtor 2**

Chapter: 13

Case number: 1:22−bk−01423−HWV

Document Number: 70

Matter: Motion to Reconsider Order and Request new payment plan

Jose A. Bentez
and
Jennifer J. Jimenez Bentez
**Movant(s)**

vs.

Jack N Zaharopoulos, Trustee
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on August 2, 2022.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102** | **Date: 11/6/24** <br><br> **Time: 09:30 AM** |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 21, 2024 |

nthrgreq(02/19)