IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOSE A. BENTEZ : Chapter 13
JENNIFER J. JIMENEZ BENTEZ :
    Debtors, : Bankruptcy No. 1:22-bk-01423-HWV

### ORDER

Upon consideration of the Motion to Withdraw the Debtors' Motion to Reopen Bankruptcy Case, Doc. 74, it is

**ORDERED** that the Motion to Withdraw is **GRANTED** and Debtors' Motion to Reopen is withdrawn.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 3, 2024